# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ABDULLAH MUJAHID,

                     Plaintiff,

   v.

KATHY HARRIS, *et al.*,

                     Defendants.

No. 09-5601FDB/JRC

ORDER

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the Court is plaintiff's motion asking that the Court appoint counsel (Dkt. # 9).

      There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(e) (1), can request counsel to represent a party, the court may do so only in exceptional circumstances. <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir. 1984); <u>Aldabe v. Aldabe</u>, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. <u>Wilborn</u>, 789 F.2d at 1331.

ORDER - 1

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se* (Dkt # 7). This case is not in a posture where the court can determine the likelihood of success on the merits. Plaintiff's Motion to Appoint Counsel (Dkt. # 9) is **DENIED**.

DATED this 23rd day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2