UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABDULLAH MUJAHID,

                Plaintiff,

   v.

KATHY HARRIS, *et al.,*

                Defendants.

No. 09-5601 RJB

ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

    In this prisoner civil rights action, the Magistrate Judge recommends that Plaintiff's request for special privileges in regard to the copying of legal documents be denied. Plaintiff has not filed objections to the Report and Recommendation.

    As detailed by the Report and Recommendation, the balance of hardships in this case does not favor the granting of injunctive relief on behalf of the Plaintiff. Plaintiff fails to show his documents are being mishandled, he has other avenues available to make copies, and his proposed solution takes staff from their normal job duties. Thus, the motion should be denied.

ORDER - 1

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  The motion for injunctive relief is DENIED.

The Clerk is directed to send copies of this Order to the Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 14th day of June, 2010.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER - 2