UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ABDULLAH MUJAHID,<br><br>                       Plaintiff,<br><br>   v.<br><br>PAUL TEMPOSKY, *et al*.,<br><br>                       Defendants. | No. 09-5601RJB/JRC<br><br>ORDER RE-NOTING MULTIPLE MOTIONS AND GRANTING EXTENSIONS OF TIME |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court are a number of motions.

Plaintiff filed a motion for partial summary judgment that is noted for June 25, 2010 (Dkt. # 30). Defendant filed a motion for an extension of time to respond noted for July 2, 2010 (Dkt. # 34). Prior to receiving a ruling on the motion for an extension of time, defendants filed a response and a cross motion for summary judgment, which is noted for July 30, 2010 (Dkt. # 36 and 38). Plaintiff has now filed a motion for an extension of time to respond to the cross motion for summary judgment ,which is noted for July 23, 2010 (Dkt. # 42).

ORDER - 1

1  Defendant's motion for an extension of time is GRANTED to the extent that the
2  response, (Dkt. # 36) and the documents that accompany the response will be considered.
3  Plaintiff's motion for an extension of time to respond to the defendant's motion for
4  summary judgment is also GRANTED.  A response will be due on or before August 20, 2010.  A
5  reply may be filed by defendants on or before August 27, 2010. Both the motion for partial
6
7  summary judgment and the motion for summary judgment (Dkt. # 30 and 38), will be considered
8  by the court on August 27, 2010.
9  The clerk's office is directed to re-note Dkt. # 30 and 38 for August 27, 2010.
10  DATED this 9th day of August, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2